counsel cross-examined the officer upon the subject. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DONALD O'DONNELL, Alias JOHN RIDDELL, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD ANTHONY SEILER, Alias JAMES DAILY, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

HENRY J. ZIMMERMAN, Respondent, v. REINHARDT RAHMEYER and ERNEST RAHMEYER, Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The court was without authority to permit the plaintiff to serve and file a notice of trial and a note of issue *nunc pro tunc* as of February 4, 1929. (Civ. Prac. Act, § 433; Rules Civ. Prac. rule 150.) The court was further without authority to grant a preference until the case was properly on the calendar. (*Roberts* v. *Schaf*, 76 App. Div. 433; *Manarrow Realties, Inc.*, v. *Conrad Corporation*, 222 id. 652; *Davis* v. *Friedman*, 196 id. 926.) Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of COMMITTEE ON CHARACTER, NINTH JUDICIAL DISTRICT.— Pursuant to the provisions of rule 1 of the Rules of Civil Practice, Joseph Morschauer, Jr., Esq., residing at Poughkeepsie, in the county of Dutchess, is hereby appointed a member of the committee on character and fitness of applicants for admission to the bar in and for the Ninth Judicial District, in place of Honorable John E. Mack, appointed a justice of the Supreme Court, to serve on such committee during the pleasure of the court; such appointment to take effect June 18, 1930. Present — Lazansky, P. J., Rich, Young, Kapper, Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of JAMES C. VAN SICLEN for Appointment as Official Referee.—Application granted. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

MARY APFELBERG, Respondent, v. ANNIE LAX, as Executrix, etc., of HARRY LAX, Deceased, and Others, Appellants.— Motion for stay denied. Defendants may answer within ten days from service of a copy of the order herein.■ Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

YETTA BRIMBERG, Respondent, v. THE BANK OF UNITED STATES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted and defendant's time to serve an answer extended until twenty days from service of a copy of the order herein. Present — Young, Rich, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

ESTHER T. CRATER, Respondent, v. CAMET CONSTRUCTION CORPORATION and Others, Appellants, and MUNICIPAL BANK, Defendant.— The decision of this court handed down on June 9, 1930,■ is hereby amended to read as follows: Motion for extension of time to perfect appeal granted upon condition that appel-